**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LANI BLACK, INDIVIDUALLY AND AS
SPECIAL ADMINISTRATRIX OF THE
ESTATE OF ROBERT BLACK, DECEASED**                       **PLAINTIFFS**

**v.**                   **Case No. 4:16-CV-585/SWW**

**UNITED STATES OF AMERICA**                              **DEFENDANT**

## JOINT MOTION TO DISMISS WITH PREJUDICE

Come both parties, Plaintiff Lani Black, Individually and as Special Administratrix of the Estate of Robert Black, and Defendant, the United States of America, and for their Joint Motion to Dismiss With Prejudice, state that they have settled all claims in this case. Thus, the parties request that the Court enter an Order of Dismissal dismissing the Complaint and Amended Complaint against the United States of America with prejudice. Each party will bear its own fees, costs, and expenses. The parties have no objection to the Court retaining jurisdiction to facilitate any issues regarding settlement.

Respectfully submitted,

For the Plaintiff:

/s/ John Ogles
_____
John Ogles
Ogles Law Firm, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339
jogles@aol.com

and

For the Defendant:

Patrick C. Harris
Acting United States Attorney
Eastern District of Arkansas

By:     /s/ *Lindsey Lorence*
_____
Lindsey Mitcham Lorence (96183)
Assistant U.S. Attorney
425 W. Capitol Ave., Suite 500
Little Rock, AR 72201
(501) 340-2600 phone
(501) 340-2730 fax
lindsey.lorence@usdoj.gov